THE ANDREW JERGENS COMPANY, Respondent, *v.* JOHN H. WOODBURY et al., Appellants.

(Submitted January 10, 1910; decided January 18, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 197 N. Y. 66.)